THOMAS M. PETERS, Respondent, v. GEORGE W. CARLETON, Impleaded, etc., Appellant.

(Argued December 15, 1890; decided January 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James A. Deering* for appellant.

*John A. Beall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.